AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARAT GOKHBERG and STEVE OSTROVSKIY,

*Plaintiff(s)*

v.

H AMERICAN INSURANCE COMPANY, ELS HOLDINGS LLC, and FCI LENDER SERVICES

*Defendant(s)*

Civil Action No. 25-CV-24023-EIS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FCI LENDER SERVICES, INC. Registered Agent COGENCY GLOBAL INC. 115 N CALHO[U]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marat Gokhberg
104 West End Ave, Unit PH-3,
Brooklyn, NY 11235

Steve Ostrovskiy
900 W Pembroke Rd,
Hallandale Beach, FL 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 4, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARAT GOKHBERG and STEVE OSTROVSKIY,

*Plaintiff(s)*

v.

ZURICH AMERICAN INSURANCE COMPANY, ELS HOLDINGS LLC, and FCI LENDER SERVICES, INC,

*Defendant(s)*

Civil Action No. 25-CV-24023-EIS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ELS HOLDINGS LLC Registered Agent ISAAC BENMERGUI, P.A 10800 BISCAYNE BLVD SUITE 650 NORTH MIAMI, FL 33181

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marat Gokhberg
104 West End Ave, Unit PH-3,
Brooklyn, NY 11235

Steve Ostrovskiy
900 W Pembroke Rd,
Hallandale Beach, FL 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 4, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MARAT GOKHBERG and STEVE OSTROVSKIY,

*Plaintiff(s)*

v.

ZURICH AMERICAN INSURANCE COMPANY, ELS HOLDINGS LLC, and FCI LENDER SERVICES, INC,

*Defendant(s)*

Civil Action No.  25-CV-24023-EIS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ZURICH AMERICAN INSURANCE COMPANY Registered Agent CHIEF FINANCIAL OFFICER 200 E. GAINES ST TALLAHASSEE, FL 32399-0000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marat Gokhberg
104 West End Ave, Unit PH-3,
Brooklyn, NY 11235

Steve Ostrovskiy
900 W Pembroke Rd,
Hallandale Beach, FL 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 4, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst
Deputy Clerk
U.S. District Courts